UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 21-13707-EEB |
| JOHN PASTORE | ) | |
| SSN: XXX-XX-3412 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**

Name of Applicant: Wadsworth Garber Warner Conrardy, P.C.

Authorized to Provide Professional Service for: John Pastore

Date of Order Authorizing Employment: August 9, 2021

Period for Which Compensation is Sought: July 16, 2021, through February 28, 2022

Amount of Expense Reimbursement Sought: Fees: $39,225.00; Costs: $219.14

This is an Interim Application ____X____ Final Application _____

If this is **not** the first application filed hereby by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| N/A | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is $8,667.00, pursuant to interim fee order.

DATED: March 30, 2022                    Respectfully submitted,

By: /s/ Aaron A. Garber
    Aaron A. Garber #36099
    **Wadsworth Garber Warner Conrardy, P.C.**
    2580 West Main Street, Suite 200
    Littleton, CO 80120
    Telephone: (303) 296-1999
    Telecopy: (303) 296-7600
    Email: agarber@wgwc-law.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                    )
                                          )        Case No. 21-13707-EEB
JOHN PASTORE                              )
SSN: XXX-XX-3412                          )        Chapter 11
                                          )
        Debtor.                           )

## FIRST APPLICATION FOR INTERIM ALLOWANCE AND PAYMENT OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS FOR WADSWORTH GARBER WARNER CONRARDY, P.C.

Wadsworth Garber Warner Conrardy, P.C. (the "Applicant"), having been appointed to represent John Pastore (the "Debtor") in the above-captioned case, makes this First Application for Interim Allowance and Payment of Attorneys' Fees and Reimbursement of Costs pursuant to 11 U.S.C. § 330 based on the following:

1.      The Debtor filed his Voluntary Petition pursuant to Subchapter V of Chapter 11 of the Bankruptcy Code on July 16, 2021 (the "Petition Date").

2.      On the Petition Date, the Debtor filed an application seeking to employ Wadsworth Garber Warner Conrardy, P.C. to represent him as bankruptcy counsel, with Aaron Garber as the primary attorney. The Court entered an order authorizing the Applicant's employment on August 9, 2021. A copy of the Order approving the application is located at Docket No. 24.

3.      Also on the Petition Date, the Debtor filed a Motion for Approval and Use of Retainer and Payment Procedure (the "Motion"). The Motion sought approval of a retainer in the amount of $8,667.00 and provided that the Applicant would be paid through the retainer, or by the Debtor on a monthly basis according to the following payment procedure: (1) 100% of the out-of-pocket costs incurred as allowable under the guidelines established by the United States Trustee's Office; and (2) 80% of the fees incurred. The Motion further provided that all fees and costs will be subject to interim and final approval by the Court upon filing interim and final fee applications, subject to L.B.R. 2016-2(b)(9).

4.      The Court granted the Motion on August 9, 2021, approving the retainer and application of the interim advance payment procedures established in L.B.R. 2016-2 to the Applicant.

5.      This is the Applicant's first application for allowance and payment of attorneys' fees and reimbursement of costs.

6.      As of the date of the filling of this Application, all of the Debtor's retainer has been applied to WGWC's fees and costs in accordance with the approved interim advance payment procedures and L.B.R. 2016-2.

7.      In connection with this case and pursuant to Subchapter V of Chapter 11 of the Bankruptcy Code, the Applicant has performed the professional services set forth in the schedules attached hereto and incorporated herein by reference as Exhibit A (narrative of services performed) and Exhibit B (billing statements) for fees and costs as therein set forth totaling $39,444.14 (fees charged: $39,225.00; costs advanced: $219.14) for the time period July 16, 2021, through February 28, 2022 (the "Compensation Period").

8.      The billing statements attached hereto as Exhibit B set forth the Applicant's time and cost charges for the Compensation Period.  The time is billed in a discrete category or activity. The Applicant has used its best efforts to accurately categorize time for billing statement purposes. In some instances, a meeting, telephone call or other entry may apply to more than one billing activity.  In those instances, the Applicant has either allocated the time to the applicable activities or placed a time entry in what is believed to be the dominant focus of the time entry.  The Applicant has avoided "lumping" of the time and billing for more than one attorney at any conference call or hearing.

9.      The services rendered during the Compensation Period, as more fully set forth in the attached billings and supporting documents, have consisted of:

   a.  Providing the Debtor with legal advice with respect to his powers and duties and continued operation of his business and management of his property as a Debtor-in-Possession;

   b.  Filing of the necessary pleadings, petitions, reports, and actions that have been required in the continued administration of the Debtor's property;

   c.  Assisting the Debtor in preparing his monthly operating reports, initial financial report, and periodic reports;

   d.  Preparing amendments to the Debtor's schedules;

e. Drafting motions seeking approval of residential real property leases between the Debtor and tenants of his rental property, which the Court approved, and which have and will continue to generate significant income for the estate;

f. Drafting objections to 150 Tejon Street, LLC's ("150 Tejon") Motion for Rule 2004 Examination, preparing and producing documents in response thereto, and preparing the Debtor for and defending the Debtor at his 2004 examination;

g. Drafting the Debtor's objections to 150 Tejon's motions for relief from the stay (the "Stay Motion"), and preparing for and attending the Stay Motion hearing, which motion the Court ultimately held in abeyance;

h. Drafting the Debtor's Subchapter V Plan of Reorganization, analyzing and discussing with the Debtor and creditors the various objections to confirmation of the Plan, drafting a first amended plan to incorporate terms and revisions addressing the objections to confirmation of the Plan, preparing for and attending the preliminary hearing on confirmation of the Plan, and continuing to negotiate with objecting parties to resolve their objections;

i. Representing the Debtor in defense of the adversary proceeding filed by 150 Tejon seeking a determination of nondischargeability, including drafting a motion to dismiss the same, which the Court granted but allowed leave for 150 Tejon to amend, corresponding with counsel for 150 Tejon regarding the impact of the appellate proceeding on the adversary case, and achieving an agreement to hold the adversary proceeding in abeyance pending the outcome of the appeal;

j. Corresponding with the Debtor regarding various case matters; and

k. Addressing creditor inquiries.

10. The charges for services rendered and the costs incurred are reasonable and were necessarily incurred in the representation of the Debtor. All services were necessary and resulted in a benefit to the Debtor and his estate.

11. The Applicant's efforts in this case have resulted in the efficient administration of this estate and relate to the services performed in Exhibit A.

12.   The Debtor received copies of all the Applicant's billing statements and does not object to their allowance.

WHEREFORE, the Applicant respectfully requests that the Court, after notice and a hearing, allow on an interim basis the payment of its attorneys' fees and costs for the period from July 16, 2021, through February 28, 2022, in the amount of $39,444.14 (fees charged: $39,225.00; costs advanced: $219.47; authorize the Debtor to pay the Applicant the outstanding amount of $30,777.14; and grant such further and additional relief as to the Court may appear proper.


Dated:  March 30, 2022                    Respectfully submitted,


                                          By:/s/ Aaron A. Garber_____
                                              Aaron A. Garber #36099
                                              **Wadsworth Garber Warner Conrardy, P.C.**
                                              2580 West Main Street, Suite 200
                                              Littleton, CO 80120
                                              Telephone: (303) 296-1999
                                              Telecopy: (303) 296-7600
                                              Email: agarber@wgwc-law.com

**EXHIBIT A**

## PROFESSIONAL HOURLY RATES

| PROFESSIONAL | HOURLY RATE |
|---|---|
| Aaron A. Garber | $425-$450/hour |
| Aaron J. Conrardy | $350/hour |
| Lindsay S. Riley | $250-$300/hour |
| Anthony Camera | $200/hour |
| Nichole Garber (paralegal) | $125/hour |

## NARRATIVE SUMMARY OF BILLING STATEMENTS

1.   GENERAL ADMINISTRATION

During the Compensation Period, Counsel for Debtor John Pastore (the "Debtor") advanced the administration of the estate by consulting and advising the Debtor on a broad range of issues, which include the following:

Counsel prepared for and attended the Initial Debtor Interview and the § 341 Meeting of Creditors, drafted the Debtor's Subchapter V Status Report, attended the Court's status conference, and coordinated with the Debtor regarding the same.

Counsel corresponded with the Subchapter V Trustee, US Trustee, counsel in the state court litigation involving the Debtor, and various other creditors of the Debtor regarding issues concerning the bankruptcy case.

Counsel advised the Debtor regarding his debtor-in-possession obligations and financial reporting and assisted the Debtor in preparing and filing his monthly operating reports, Initial Financial Report, and periodic reports.

Counsel drafted several motions for approval of residential real property leases between the Debtor and tenants of his rental property, and analyzed 150 Tejon Street, LLC's ("150 Tejon") response to the same. The Court approved of the various leases, which generate significant income for the estate.

Counsel prepared amended schedules and related forms and communicated with the Debtor, the US Trustee, and creditors regarding the same.

Counsel analyzed the Motion for Rule 2004 Examination filed by 150 Tejon, communicated with the Debtor regarding the same, drafted and filed an objection to the proposed discovery, analyzed 150 Tejon's reply to the same, prepared responsive documents for production, and defended the Debtor at the 2004 Examination.

Counsel corresponded with creditors regarding the case.

| Professional | Time Spent | Fees Charged |
|---|---|---|
| Aaron A. Garber | 13.50 hours | $5,867.50 |
| Lindsay S. Riley | 22.90 hours | $5,910.00 |
| Anthony Camera | 8.30 hours | $1,660.00 |
| Nichole Garber (paralegal) | 7.50 hours | $937.50 |
| Total | 51.40 hours | $14,375.00 |
| Average Hourly Rate: | | $279.67 |

## 2.    LITIGATION

During the Compensation Period, Counsel reviewed the Motion for Relief from Stay filed by 150 Tejon, as well as the Court's notice of deficiency and subsequent order denying the motion. Counsel analyzed the second Motion for Relief from Stay filed by 150 Tejon, the Court's notice of deficiency, and 150 Tejon's amended notice. Counsel drafted and filed an objection to the stay motion and analyzed 150 Tejon's reply thereto. Counsel also prepared a witness and exhibit list for the hearing on the stay motion and reviewed the witness and exhibit list and supplement filed by 150 Tejon. Counsel prepared for and attended the hearing on the stay motion, at the conclusion of which the Court decided to hold the stay motion in abeyance.

Counsel reviewed the objection to discharge and complaint to determine non-dischargeability of debt filed by 150 Tejon, and the Court's order regarding the same, which required 150 Tejon to initiate an adversary proceeding in compliance with the Federal Rules of Bankruptcy Procedure. 150 Tejon failed to comply with the Court's order, and Counsel reviewed the Court's order striking 150 Tejon's deficient objection.

Counsel reviewed 150 Tejon's Objection to Discharge and Complaint to Determine Non-Dischargeability of Debt and conducted legal research related to the same. Counsel drafted and filed a motion to dismiss the adversary proceeding, reviewed 150 Tejon's response thereto, and drafted and filed a reply. The Court granted the Debtor's motion to dismiss and allowed 150 Tejon leave to amend. Counsel reviewed 150 Tejon's amended complaint. Counsel corresponded with counsel for 150 Tejon regarding the impact of the appellate proceeding on the adversary case and achieved an agreement to hold the adversary in abeyance pending the outcome of the same.

Counsel drafted a joint stipulation and proposed order to lift the automatic stay to allow the appeal to proceed, which the Court granted.

| Professional | Time Spent | Fees Charged |
|---|---|---|
| Aaron A. Garber | 8.40 hours | $3,580.00 |
| Aaron J. Conrardy | 0.20 hours | $70.00 |
| Lindsay S. Riley | 4.50 hours | $1,125.00 |
| Anthony Camera | 13.10 hours | $2,620.00 |
| Nichole Garber (paralegal) | 0.90 hours | $112.50 |

| | | |
|---|---|---|
| Total | 27.10 hours | $7,507.50 |
| Average Hourly Rate: | | $277.03 |

3.    PLAN/DISCLOSURE STATEMENT

During the Compensation Period, Counsel drafted the Debtor's Subchapter V Plan of Reorganization and communicated with the Debtor, creditors, the US Trustee, and the Subchapter V Trustee regarding the same. Counsel advised the Debtor concerning confirmation issues and strategy and more generally regarding the plan process.

Counsel prepared solicitation materials.

Counsel reviewed US Bank N.A.'s, 150 Tejon's, and the US Trustee's objections to confirmation of the Plan and corresponded with the objecting parties regarding the same.

Counsel drafted a motion to vacate and reschedule the plan confirmation hearing to allow Counsel an opportunity to resolve the objections.

Counsel drafted and filed an amended Plan to address the various objections to confirmation of the Plan and communicated with the Debtor and objecting parties regarding the same.

Counsel reviewed US Bank N.A.'s and 150 Tejon's objections to the Debtor's amended Plan.

Counsel drafted and filed a summary of voting results and prepared for the preliminary hearing on Plan confirmation, including corresponding with the Debtor and drafting and filing the Debtor's list of witnesses and exhibits. Counsel attended the preliminary hearing on plan confirmation.

| Professional | Time Spent | Fees Charged |
|---|---|---|
| Aaron A. Garber | 27.10 hours | $11,765.00 |
| Lindsay S. Riley | 18.70 hours | $4,675.00 |
| Anthony Camera | 3.70 hours | $740.00 |
| Nichole Garber (paralegal) | 1.30 hours | $162.50 |
| Total | 50.80 hours | $17,342.50 |
| Average Hourly Rate: | | $341.39 |

# EXHIBIT B

Detail Fee Transactio Page 1
fee app numbers
Wadsworth Garber Warner Conrardy, P.C.

| Trans Date | B Tk C | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|
| **Client ID 41520.01 John A. Pastore** | | | | | |
| 07/18/2021 | AAG | 425 | 0.5 | 212.5 | Correspond with client regarding filing and debtor in possession obligations ( 3), correspond with state court counsel regarding filing ( 2) |
| 7/19/2021 | AAG | 425 | 0.3 | 127.5 | Correspond with client and UST regarding case and meeting of creditors |
| 07/20/2021 | AAG | 425 | 0.1 | 42.5 | Correspond with client and Wells Fargo regarding bank account |
| 07/20/2021 | AAG | 425 | 0.1 | 42.5 | Correspond with client and state court counsel and US Trustee regarding state court litigation documents |
| 07/20/2021 | AAG | 425 | 0.1 | 42.5 | Correspond with client regarding status conference and meeting of creditors |
| 07/20/2021 | AAG | 425 | 0.1 | 42.5 | Correspond with US Trustee regarding initial debtor interview |
| 07/26/2021 | AAG | 425 | 0.2 | 85 | Review of initial financial report (.1), correspond with US Trustee regarding same (.1) |
| 07/29/2021 | AAG | 425 | 0.1 | 42.5 | Correspond with US Trustee regarding IDI |
| 07/30/2021 | AAG | 425 | 0.2 | 85 | Finalize initial financial report (.1); correspond with US Trustee and Sub V trustee regarding same (.1) |
| 08/03/2021 | AAG | 425 | 1.5 | 637.5 | Attend initial debtor interview |
| 08/04/2021 | AAG | 425 | 0.3 | 127.5 | Correspond with counsel for bank for SBA loan regarding back ground for case |
| 08/04/2021 | AAG | 425 | 0.5 | 212.5 | Draft Sub V status report |
| 08/06/2021 | AAG | 425 | 0.1 | 42.5 | Correspond with counsel regarding withdraw of state court counsel |
| 08/08/2021 | AAG | 425 | 0.1 | 42.5 | Correspond with US Trustee regarding meeting of creditors |
| 08/16/2021 | AAG | 425 | 0.2 | 85 | Correspond with client re. debtor in possession obligations and case issues |
| 08/19/2021 | AAG | 425 | 3.3 | 1402.5 | Prepare for and attend meeting of creditors and status conference with court (3), correspond with client regarding debtor in possession obligations ( 3) |
| 08/20/2021 | AAG | 425 | 0.1 | 42.5 | Correspond with US Trustee regarding EIN number |
| 08/20/2021 | AAG | 425 | 0.2 | 85 | Correspond with client regarding debtor in possession obligations including paying loans and amendment to schedules |
| 10/05/2021 | AAG | 425 | 0.3 | 127.5 | Finalize motion to assume lease with tenant |
| 01/21/2022 | AAG | 450 | 0.4 | 180 | Finalize objection to rule 2004 exam motion |
| 01/21/2022 | AAG | 450 | 0.1 | 45 | Correspond with trustee regarding case |
| 02/01/2022 | AAG | 450 | 0.2 | 90 | Correspond with client regarding case issues and strategy |
| 02/02/2022 | AAG | 450 | 0.1 | 45 | Correspond with client regarding lifting of stay to allow appeal to proceed |
| 02/10/2022 | AAG | 450 | 0.4 | 180 | Finalize 2004 exam responses |
| 02/14/2022 | AAG | 450 | 4 | 1800 | Prepare client for 2004 exam (1); attend examination (3) |
| **Subtotal for Timekeeper AAG** | | **Billable** | **13.5** | **5867.5** | **Aaron A. Garber** |
| 01/21/2022 | NAC | 200 | 1 | 200 | Legal research regarding rule 2004 and f.r.c.p. |
| 01/21/2022 | NAC | 200 | 1.6 | 320 | Draft objection to rule 2004 examination. |
| 02/08/2022 | NAC | 200 | 0.2 | 40 | Email to client regarding Rule 2004 motion and responses. |
| 02/08/2022 | NAC | 200 | 0.3 | 60 | Telephone conference with client and email to client containing list of items requested. |
| 02/09/2022 | NAC | 200 | 0.2 | 40 | Emails with client regarding 2004 response. |
| 02/09/2022 | NAC | 200 | 1.3 | 260 | Draft response to 2004 request. |
| 02/09/2022 | NAC | 200 | 0.1 | 20 | Telephone conference with client regarding documents provided for 2004 examination. |
| 02/09/2022 | NAC | 200 | 0.4 | 80 | Revise draft of 2004 response. |
| 02/10/2022 | NAC | 200 | 0.5 | 100 | Review documents from client for 2004 response. |
| 02/10/2022 | NAC | 200 | 0.1 | 20 | Review email from client |
| 02/10/2022 | NAC | 200 | 0.7 | 140 | Catalogue information contained in email. |
| 02/10/2022 | NAC | 200 | 1.2 | 240 | Revise 2004 response |
| 02/10/2022 | NAC | 200 | 0.5 | 100 | Review accounting documents provided by client for businesses. |
| 02/10/2022 | NAC | 200 | 0.2 | 40 | Revise 2004 response. |
| **Subtotal for Timekeeper NAC** | | **Billable** | **8.3** | **1660** | **Anthony Camera** |
| 08/04/2021 | NG | 125 | 0.3 | 37.5 | Filed Status Report |
| 8/9/2021 | NG | 125 | 0.4 | 50 | Drafted and filed certificate of non contested matter for the Retainer Motion |
| 08/16/2021 | NG | 125 | 0.4 | 50 | Filed Periodic Reports |
| 08/31/2021 | NG | 125 | 0.3 | 37.5 | Filed July monthly operating report |
| 09/09/2021 | NG | 125 | 0.6 | 75 | Filed amended schedules AB, C, EF, Statement of Financial Affairs and Assets and Liabilities, drafted and filed certificate of service and form 1009-1.1 |
| 09/18/2021 | NG | 125 | 0.3 | 37.5 | Filed August monthly operating report |
| 10/05/2021 | NG | 125 | 0.4 | 50 | Filed and served Motion for Residential Real Property Lease, Order and Notice |
| 10/20/2021 | NG | 125 | 0.3 | 37.5 | Filed September monthly operating report |
| 10/21/2021 | NG | 125 | 0.4 | 50 | Drafted and filed certificate of contested matter for Motion to assume lease |
| 11/09/2021 | NG | 125 | 0.3 | 37.5 | Filed Objection to 150 Tejon Street, LLC's Motion for Relief from Stay |
| 11/11/2021 | NG | 125 | 0.3 | 37.5 | File October monthly operating report |
| 11/19/2021 | NG | 125 | 0.3 | 37.5 | Motion to continue confirmation hearing |
| 11/24/2021 | NG | 125 | 0.3 | 37.5 | Filed Witness and Exhibit List |
| 12/20/2021 | NG | 125 | 0.3 | 37.5 | Filed November monthly operating report |
| 12/28/2021 | NG | 125 | 0.4 | 50 | Filed and served Certificate of Service for amended plan and order setting confirmation hearing |
| 01/20/2022 | NG | 125 | 0.3 | 37.5 | Filed December monthly operating report |
| 01/21/2022 | NG | 125 | 0.3 | 37.5 | Finalize and file objection to Rule 2004 Motion |
| 02/01/2022 | NG | 125 | 0.3 | 37.5 | Filed Joint Motion and Order to Grant Relief from the Automatic Stay to |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Allow Appeal to Proceed |
| 02/07/2022 | NG | 125 | 0.3 | 37.5 | Filed Notice of Withdrawal of Motion to Assume Residential Real Property Lease |
| 02/07/2022 | NG | 125 | 0.4 | 50 | File and served Motion, Order and Notice to Approve Residential Real Property Leases |
| 02/14/2022 | NG | 125 | 0.3 | 37.5 | Filed Summary of Voting Results |
| 02/17/2022 | NG | 125 | 0.3 | 37.5 | Filed January monthly operating report |
| **Subtotal for Timekeeper NG** | | **Billable** | **7.5** | **937.5** | **Nichole Garber** |
| 07/16/2021 | LSR | 250 | 0.6 | 150 | Begin to prepare IFR and Form 426 Periodic Report and confer with J. Pastore regarding same. |
| 07/19/2021 | LSR | 250 | 0.2 | 50 | Office conference with J. Pastore to discuss IFR. |
| 07/20/2021 | LSR | 250 | 0.2 | 50 | Call with J. Pastore regarding IFR (.1); review documents provided (.1). |
| 07/22/2021 | LSR | 250 | 0.5 | 125 | Emails and call with J. Pastore regarding IFR and meeting of creditors and IDI. |
| 07/23/2021 | LSR | 250 | 0.1 | 25 | Complete IFR. |
| 07/23/2021 | LSR | 250 | 0.1 | 25 | Confer with J. Pastore regarding periodic report. |
| 07/23/2021 | LSR | 250 | 0.1 | 25 | Communicate with J. Pastore regarding closed accounts and review documents from Wells Fargo. |
| 07/26/2021 | LSR | 250 | 0.4 | 100 | Confer with A. Garber and J. Pastore regarding payments and DIP account. |
| 07/27/2021 | LSR | 250 | 0.4 | 100 | Calls and emails with J. Pastore and A. Garber regarding payments and DIP account. |
| 07/29/2021 | LSR | 250 | 0.5 | 125 | Review periodic reports (.3) and confer with J. Pastore regarding questions (.2). |
| 07/29/2021 | LSR | 250 | 0.1 | 25 | Review proof of closure of Bank of the West account and confer with J. Pastore regarding same and regarding IDI and 341 meeting. |
| 07/30/2021 | LSR | 250 | 0.3 | 75 | Email and call with J. Pastore to discuss periodic reports. |
| 07/30/2021 | LSR | 250 | 0.3 | 75 | Revise periodic reports and compare cash flow statements to initial filing. |
| 08/03/2021 | LSR | 250 | 0.3 | 75 | Confer with J. Pastore regarding documents needed prior to 341 meeting. |
| 08/03/2021 | LSR | 250 | 0.1 | 25 | Call from J. Pastore regarding DIP account. |
| 08/16/2021 | LSR | 250 | 0.8 | 150 | Call and emails with J. Pastore to discuss periodic report (.4); revise same (.2). |
| 08/17/2021 | LSR | 250 | 0.2 | 50 | Work on July MOR and confer with J. Pastore regarding same. |
| 08/17/2021 | LSR | 250 | 0.1 | 25 | Confer with J. Pastore regarding 341 meeting and motion to withdraw. |
| 08/18/2021 | LSR | 250 | 0.2 | 50 | Confer with A. Garber and J. Pastore regarding EIN and DIP Account. |
| 08/19/2021 | LSR | 250 | 0.2 | 50 | Confer with J. Pastore regarding MOR and EIN. |
| 08/20/2021 | LSR | 250 | 0.1 | 25 | Confer with J. Pastore regarding MOR. |
| 08/20/2021 | LSR | 250 | 0.1 | 25 | Office conference with A. Garber to discuss amendments to schedules. |
| 08/23/2021 | LSR | 250 | 0.6 | 150 | Review monthly operating report and emails and call with J. Pastore regarding same. |
| 08/23/2021 | LSR | 250 | 0.1 | 25 | Review correspondence from mortgage company and confer with J. Pastore regarding same. |
| 08/23/2021 | LSR | 250 | 0.2 | 50 | Confer with J. Pastore regarding amendments needed to schedules (.1); begin to draft amendments (.1). |
| 08/24/2021 | LSR | 250 | 1 | 250 | Call with J. Pastore to discuss amendments (.4); emails regarding same (.6). |
| 08/24/2021 | LSR | 250 | 0.4 | 100 | Work on amendments to schedules. |
| 08/24/2021 | LSR | 250 | 0.3 | 75 | Review updated MOR and confer with J. Pastore regarding issues with same. |
| 08/24/2021 | LSR | 250 | 0.1 | 25 | Review title transfers for vehicles and confer with J. Pastore regarding same. |
| 08/25/2021 | LSR | 250 | 0.3 | 75 | Continue to work on MOR and confer with J. Pastore regarding same (.2); confer with M. Logan regarding extension (.1). |
| 08/26/2021 | LSR | 250 | 0.8 | 200 | Continue to work on MOR and multiple emails with J. Pastore regarding same. |
| 08/26/2021 | LSR | 250 | 0.1 | 25 | Confer with J Pastore regarding deposit of funds from 1st Am Bank into DIP Acct. |
| 08/27/2021 | LSR | 250 | 0.4 | 100 | Office conference with J. Pastore regarding MOR. |
| 08/27/2021 | LSR | 250 | 0.1 | 25 | Update July MOR. |
| 08/27/2021 | LSR | 250 | 0.1 | 25 | Begin to prepare Exhibits C and D to August MOR. |
| 08/30/2021 | LSR | 250 | 0.3 | 75 | Work on MOR. |
| 08/30/2021 | LSR | 250 | 1.8 | 450 | Work on amendments to schedules (1.2) confer with A. Garber (.1), J. Pastore (.3), and A. Goldenberg (.2) regarding same |
| 08/31/2021 | LSR | 250 | 1 | 250 | Finalize July MOR and confer with J. Pastore regarding same. |
| 08/31/2021 | LSR | 250 | 0.4 | 100 | Finalize amendments to schedules and confer with J. Pastore regarding same. |
| 09/14/2021 | LSR | 250 | 0.2 | 50 | Amend Schedule C to add vehicle. |
| 09/14/2021 | LSR | 250 | 0.3 | 75 | Work on MOR. |
| 09/15/2021 | LSR | 250 | 0.8 | 200 | Continue to work on August MOR and confer with J. Pastore regarding same. |
| 09/16/2021 | LSR | 250 | 0.3 | 75 | Finish August MOR. |
| 09/23/2021 | NG | LSR | 250 | 1 | 250 | Draft Motion to Assume Lease and order granting same (.8), call and emails with J. Pastore regarding same (.2). |
| 09/24/2021 | LSR | 250 | 0.1 | 25 | Review state court status update and confer with J. Pastore regarding same. |
| 10/18/2021 | LSR | 250 | 0.5 | 125 | Work on MOR (.3); confer with J. Pastore regarding same (.2). |
| 10/19/2021 | LSR | 250 | 0.2 | 50 | Work on September MOR and confer with J. Pastore regarding same. |
| 10/19/2021 | LSR | 250 | 0.1 | 25 | Review 150 Tejon Street, LLC's response to Motion to Assume Lease. |
| 11/04/2021 | LSR | 250 | 0.1 | 25 | Work on October MOR. |
| 11/05/2021 | LSR | 250 | 0.5 | 125 | Work on October MOR (.4); confer with J. Pastore re same (.1). |
| 11/08/2021 | LSR | 250 | 0.1 | 25 | Confer with J. Pastore regarding progress in obtaining a second tenant. |
| 11/08/2021 | LSR | 250 | 0.1 | 25 | Finalize October MOR. |
| 11/23/2021 | LSR | 250 | 0.2 | 50 | Review documents provided by J. Pastore and confer with him regarding the same and the confirmation hearing. |
| 12/07/2021 | LSR | 250 | 0.1 | 25 | Work on November MOR. |
| 12/08/2021 | LSR | 250 | 0.7 | 175 | Draft Motion to Assume Lease, Notice, and Proposed Order (.5) and confer with A. Garber and J. Pastore regarding same (.2). |
| 12/10/2021 | LSR | 250 | 0.2 | 50 | Work on November MOR. |

| | | | | | |
|---|---|---|---|---|---|
| 01/05/2022 | LSR | 300 | 0.1 | 30 | Answer email from J. Pastore regarding pending hearings. |
| 01/05/2022 | LSR | 300 | 0.1 | 30 | Confer with A. Garber regarding status of motion to approve the new lease. |
| 01/17/2022 | LSR | 300 | 0.3 | 90 | Review appellate court order and plan provisions related to the appeal and confer with A. Garber regarding next steps. |
| 01/18/2022 | LSR | 300 | 0.3 | 90 | Review docket to determine status of stay relief motion as to appeal and confer with A. Garber and J. Pastore regarding same. |
| 01/19/2022 | LSR | 300 | 0.1 | 30 | Confer with J. Pastore regarding appellate court story. |
| 01/19/2022 | LSR | 300 | 0.3 | 90 | Work on December MOR. |
| 02/01/2022 | LSR | 300 | 0.1 | 30 | Call with A. Garber regarding leases. |
| 02/02/2022 | LSR | 300 | 0.3 | 90 | Draft notice of withdrawal of Motion to Assume Lease. |
| 02/02/2022 | LSR | 300 | 1.3 | 390 | Draft Motion to Approve Leases, notice, proposed order, and exhibits |
| 02/03/2022 | LSR | 300 | 0.1 | 30 | Discuss relief from stay with J. Pastore. |
| 02/03/2022 | LSR | 300 | 0.2 | 60 | Work on January MOR. |
| 02/09/2022 | LSR | 300 | 0.1 | 30 | Work on January MOR. |
| 02/15/2022 | LSR | 300 | 0.3 | 90 | Work on January MOR. |
| 02/25/2022 | LSR | 300 | 0.1 | 30 | Review correspondence from J. Pastore regarding appeal. |

| | | | | | |
|---|---|---|---|---|---|
| **Subtotal for Timekeeper LSR** | | **Billable** | **22.9** | **5910** | Lindsay S. Riley |
| | | **Billable** | **52.2** | **14375** | John A. Pastore |
| **Total for Client ID 41520.01** | | | | | 41520.01  GENERAL ADMINISTRATION |

Client ID 41520.03 John A. Pastore

| | | | | | |
|---|---|---|---|---|---|
| 07/22/2021 | AAG | 425 | 0.2 | 85 | Correspond with US Trustee and Sub V trustee regarding state court litigation (.1); correspond with state court counsel regarding stay  (.1) |
| 09/01/2021 | AAG | 425 | 0.4 | 170 | Review of motion for relief from stay (.2) and discharge motion (.2) |
| 11/09/2021 | AAG | 425 | 0.3 | 127.5 | Finalize objection to stay relief motion |
| 11/11/2021 | AAG | 425 | 0.2 | 85 | Review of non-discharge complaint |
| 11/15/2021 | AAG | 425 | 0.3 | 127.5 | Finalize witness and exhibit list for stay relief hearing |
| 11/16/2021 | AAG | 425 | 1 | 425 | Draft motion to dismiss complaint |
| 11/17/2021 | AAG | 425 | 0.3 | 127.5 | Finalize motion to dismiss complaint |
| 11/17/2021 | AAG | 425 | 0.7 | 297.5 | Prepare for stay relief hearing |
| 11/18/2021 | AAG | 425 | 1.8 | 765 | Prepare for and attend stay relief hearing |
| 12/01/2021 | AAG | 425 | 0.2 | 85 | Review of response to motion to dismiss complaint |
| 12/06/2021 | AAG | 425 | 0.5 | 212.5 | Review reply in support of motion to dismiss |
| 12/07/2021 | AAG | 425 | 1.6 | 680 | Finalize reply in support of motion to dismiss complaint |
| 12/08/2021 | AAG | 425 | 0.5 | 212.5 | Finalize reply in support of motion to dismiss complaint |
| 01/29/2022 | AAG | 450 | 0.4 | 180 | Draft motion to approve relief from stay for appeal to proceed |

| | | | | | |
|---|---|---|---|---|---|
| **Subtotal for Timekeeper AAG** | | **Billable** | **8.4** | **3580** | Aaron A. Garber |

| | | | | | |
|---|---|---|---|---|---|
| 11/12/2021 | NAC | 200 | 0.8 | 160 | Draft of list of witnesses and exhibits for hearing Nov 18 2021. 523(a)(6). |
| 11/15/2021 | NAC | 200 | 0.1 | 20 | Office conference with A. Garber regarding: list of witnesses and exhibits. |
| 11/16/2021 | NAC | 200 | 1.9 | 380 | Legal research regarding Rule 7009, Rule 7012, 523(a)(2)(A) and 523(a)(6). |
| 11/16/2021 | NAC | 200 | 0.1 | 20 | Office conference with A. Garber regarding legal standard under Rules 7009 and 7012. |
| 11/16/2021 | NAC | 200 | 0.1 | 20 | Office conference with A. Conrardy regarding legal standard under Rules 7009 and 7012. |
| 11/16/2021 | NAC | 200 | 2.3 | 460 | Draft motion to dismiss objection and complaint. |
| 11/18/2021 | NAC | 200 | 1 | 200 | Draft motion to continue hearing and proposed order. |
| 11/18/2021 | NAC | 200 | 0.1 | 20 | Office conference with A. Garber regarding motion to continue hearing and proposed order. |
| 12/03/2021 | NAC | 200 | 1.1 | 220 | Revise reply to plaintiff's response. |
| 12/03/2021 | NAC | 200 | 0.6 | 120 | Legal research regarding rule 12(b)(6) and statutory construction. |
| 12/06/2021 | NAC | 200 | 3.1 | 620 | Draft of reply to plaintiff's response. |
| 12/06/2021 | NAC | 200 | 0.3 | 60 | Legal research regarding Rule 12(b)(6) and Rule 10. |
| 01/26/2022 | NAC | 200 | 1.6 | 320 | Draft joint stipulation and proposed order to lift automatic stay for limited purpose. |

| | | | | | |
|---|---|---|---|---|---|
| **Subtotal for Timekeeper NAC** | | **Billable** | **13.1** | **2620** | Anthony Camera |

| | | | | | |
|---|---|---|---|---|---|
| 11/17/2021 | AJC | 350 | 0.2 | 70 | Office conferences with A. Garber and A. Camera regarding motion to dismiss |

| | | | | | |
|---|---|---|---|---|---|
| **Subtotal for Timekeeper AJC** | | **Billable** | **0.2** | **70** | Aaron J. Conrardy |

| | | | | | |
|---|---|---|---|---|---|
| 12/08/2021 | NG | 125 | 0.3 | 37.5 | Filed Reply in Support of Motion to Dismiss Objection to Discharge and |
| 02/15/2022 | NG | 125 | 0.6 | 75 | Prepare trial exhibits |

| | | | | | |
|---|---|---|---|---|---|
| **Subtotal for Timekeeper NG** | | **Billable** | **0.9** | **112.5** | Nichole Garber |

| | | | | | |
|---|---|---|---|---|---|
| 09/02/2021 | LSR | 250 | 0.1 | 25 | Review deficiency order regarding Tejon's Motion for Relief from Stay |
| 09/02/2021 | LSR | 250 | 0.2 | 50 | Begin to review Tejon's Motion for Relief from Stay |
| 09/02/2021 | LSR | 250 | 0.2 | 50 | Begin to review Tejon's Objection to Discharge and Complaint to Determine Non-Dischargeability of Debt. |
| 09/03/2021 | LSR | 250 | 0.1 | 25 | Review Order regarding Tejon's Objection to Discharge and Complaint to Determine Non-Dischargeability of Debt. |
| 10/19/2021 | LSR | 250 | 0.1 | 25 | Review 150 Tejon Street, LLC's response to Motion to Assume Lease. |
| 10/28/2021 | LSR | 250 | 0.1 | 25 | Continue to review 150 Tejon Street, LLC's Motion for Relief from Stay. |
| 10/28/2021 | LSR | 250 | 0.3 | 75 | Begin to draft Objection to 150 Tejon Street, LLC's Motion for Relief from Stay. |
| 11/04/2021 | LSR | 250 | 0.4 | 100 | Continue to review 150 Tejon's Stay Motion, corrected notice and certificate of service, and notice of deficiency |
| 11/04/2021 | LSR | 250 | 1.2 | 300 | Continue to draft objection to 150 Tejon's Stay Motion. |
| 11/04/2021 | LSR | 250 | 0.1 | 25 | Call with A. Garber to discuss grounds for objection. |
| 11/05/2021 | LSR | 250 | 0.2 | 50 | Confer with J. Pastore regarding 150 Tejon's status update with the state court, motion for relief from stay, and timeline for plan approval. |

| Date | Timekeeper | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| 11/08/2021 | LSR | 250 | 1.5 | 375 | Continue to draft Objection to 150 Tejon's Stay Motion. |
| **Subtotal for Timekeeper LSR** | **Billable** | | **4.5** | **1125** | **Lindsay S. Riley** |
| **Total for Client ID 41520.03** | **Billable** | | **27.1** | **7507.5** | **John A. Pastore** |
| | | | | | **41520.03 LITIGATION** |
| Client ID 41520 04 John A. Pastore | | | | | |
| 08/13/2021 | AAG | 425 | 0.3 | 127.5 | Correspond with client regarding plan |
| 08/20/2021 | AAG | 425 | 0.5 | 212.5 | Correspond with client and subchapter v trustee regarding Plan |
| 09/21/2021 | AAG | 425 | 1.4 | 595 | Meet with client regarding plan |
| 10/08/2021 | AAG | 425 | 0.3 | 127.5 | Address plan issues |
| 10/12/2021 | AAG | 425 | 5.2 | 2210 | Draft plan |
| 10/13/2021 | AAG | 425 | 0.5 | 212.5 | Correspond with client regarding plan (.3); finalize same (.2) |
| 10/18/2021 | AAG | 425 | 0.7 | 297.5 | Draft plan solicitation materials |
| 10/19/2021 | AAG | 425 | 0.5 | 212.5 | Correspond with creditors regarding plan, litigation, and stay relief |
| 10/22/2021 | AAG | 425 | 0.1 | 42.5 | Correspond with counsel for bank with secured claim on the building regarding resolution of plan issues |
| 10/22/2021 | AAG | 425 | 0.2 | 85 | Correspond with counsel for secured creditor for warehouse regarding resolution of plan issues |
| 10/29/2021 | AAG | 425 | 0.2 | 85 | Correspond with SubV Trustee regarding plan |
| 11/04/2021 | AAG | 425 | 0.9 | 382.5 | Amend plan per comments of secured creditor to resolve plan issues (.7); correspond with client and secured creditor regarding same (.2) |
| 11/11/2021 | AAG | 425 | 0.3 | 127.5 | Correspond with client and counsel for lender on residence |
| 11/12/2021 | AAG | 425 | 0.8 | 340 | Review and revise amendments to plan (.6), correspond with secured creditor regarding same (.2) |
| 11/16/2021 | AAG | 425 | 0.2 | 85 | Correspond with counsel for bank and SubV trustee regarding Plan |
| 12/06/2021 | AAG | 425 | 0.2 | 85 | Correspond with Sub V Trustee regarding plan |
| 12/17/2021 | AAG | 425 | 3.1 | 1317.5 | Correspond with SubV trustee regarding amendment to Plan (.2), review of email from US Trustee regarding plan (.2); review of US Bank objection to Plan (.1); review of proposed edits from secured creditor on commercial property (.3); revise plan (2.3) |
| 12/19/2021 | AAG | 425 | 0.1 | 42.5 | Draft notice of filing of amended plan |
| 12/20/2021 | AAG | 425 | 0.7 | 297.5 | Meet with client regarding amendment to plan (.4); finalize same (.3) |
| 12/27/2021 | AAG | 425 | 0.8 | 340 | Correspond with client regarding plan confirmation hearing (.1); draft plan solicitation materials (.7) |
| 12/28/2021 | AAG | 425 | 0.2 | 85 | Finalize plan solicitation materials |
| 01/31/2022 | AAG | 450 | 0.2 | 90 | Correspond with trustee regarding assistance with settlement of plan issues |
| 02/01/2022 | AAG | 450 | 0.2 | 90 | Correspond with client regarding confirmation issues |
| 02/02/2022 | AAG | 450 | 0.3 | 135 | Correspond with counsel for secured creditor and Sub V trustee regarding resolution of plan issues |
| 02/07/2022 | AAG | 450 | 0.8 | 360 | Correspond with counsel for Tejon regarding settlement of case issues |
| 02/07/2022 | AAG | 450 | 0.3 | 135 | Review and revise summary of voting results (.1); confirmation affidavit (.1); and order confirming plan (.1) |
| 02/14/2022 | AAG | 450 | 0.4 | 180 | Correspond with counsel for US Bank regarding plan (.2); correspond with SubV trustee regarding plan (.2) |
| 02/15/2022 | AAG | 450 | 1.2 | 540 | Prepare for hearing on confirmation and stay |
| 02/16/2022 | AAG | 450 | 1.1 | 495 | Prepare for and attend preliminary plan confirmation hearing and stay relief hearing (1); correspond with client regarding same (.1) |
| 02/18/2022 | AAG | 450 | 1 | 450 | Draft amended plan |
| 02/20/2022 | AAG | 450 | 1.6 | 720 | Draft amended plan |
| 02/21/2022 | AAG | 450 | 2.3 | 1035 | Revise plan (2.2); correspond with objectors and trustee regarding same (.1) |
| 02/22/2022 | AAG | 450 | 0.2 | 90 | Correspond with trustee and secured creditor regarding plan amendments |
| 02/28/2022 | AAG | 450 | 0.3 | 135 | Correspond with client regarding plan (.1); revise per comments (.1); correspond with parties in interest regarding same (.1) |
| **Subtotal for Timekeeper AAG** | **Billable** | | **27.1** | **11765** | **Aaron A. Garber** |
| 12/15/2021 | NAC | 200 | 0.1 | 20 | Office conference with A. Garber regarding hearing on plan confirmation |
| 02/07/2022 | NAC | 200 | 3.6 | 720 | Draft notice of proposed confirmation order, summary of voting results, proposed order and declaration. |
| **Subtotal for Timekeeper NAC** | **Billable** | | **3.7** | **740** | **Anthony Camera** |
| 10/13/2021 | NG | 125 | 0.3 | 37.5 | Filed Plan |
| 10/19/2021 | NG | 125 | 0.4 | 50 | Drafted Filed and served certificate of service for the plan |
| 12/20/2021 | NG | 125 | 0.6 | 75 | Filed amended plan, filed Notice of Redlined Amended Sub Chapter V |
| **Subtotal for Timekeeper NG** | **Billable** | | **1.3** | **162.5** | **Nichole Garber** |
| 08/20/2021 | LSR | 250 | 0.1 | 25 | Office conference with A. Garber to discuss plan of reorganization |
| 08/23/2021 | LSR | 250 | 0.1 | 25 | Call with A. Garber regarding Plan of Reorganization. |
| 09/10/2021 | LSR | 250 | 0.2 | 50 | Begin to review proofs of claims |
| 09/13/2021 | LSR | 250 | 1 | 250 | Begin to draft Plan or Reorganization. |
| 09/14/2021 | LSR | 250 | 0.6 | 150 | Prepare 5 year projections (.5) and confer with J. Pastore regarding same (.1). |
| 09/14/2021 | LSR | 250 | 2.6 | 650 | Draft Subchapter V Plan of Reorganization (2.3) and confer with A. Garber regarding same (.3). |
| 09/14/2021 | LSR | 250 | 0.4 | 100 | Review proofs of claim and begin to prepare Exhibit A to Plan of reorganization. |
| 09/15/2021 | LSR | 250 | 0.5 | 125 | Call and emails with J. Pastore regarding Plan (.4); confer with A. Garber regarding same (.1). |
| 09/21/2021 | LSR | 250 | 1.3 | 325 | Prepare for and attend meeting with J. Pastore to discuss plan of reorganization. |
| 09/22/2021 | LSR | 250 | 0.1 | 25 | Email to J. Pastore requesting additional documentation for projections |
| 09/22/2021 | LSR | 250 | 0.5 | 125 | Update projections based on client meeting |
| 09/23/2021 | LSR | 250 | 3 | 750 | Continue to work on Plan. |
| 10/08/2021 | LSR | 250 | 0.7 | 175 | Work on plan (.5); office conference with A. Garber to discuss same (.2) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/10/2021 | LSR | 250 | 1.1 | | 275 | Continue to draft plan. |
| 10/11/2021 | LSR | 250 | 4.7 | | 1175 | Continue to draft plan and exhibits (4.5); office conference with A. Garber regarding same (.2). |
| 10/12/2021 | LSR | 250 | 1.6 | | 400 | Office conference with A. Garber regarding plan (.2); proofread and revise plan and projections (1.4). |
| 10/13/2021 | LSR | 250 | 0.1 | | 25 | Confer with J. Pastore regarding plan of reorganization. |
| 11/17/2021 | LSR | 250 | 0.1 | | 25 | Review objection to confirmation of the Plan filed by the UST. |
| **Subtotal for Timekeeper LSR** | | **Billable** | **18.7** | | **4675** | **Lindsay S. Riley** |
| **Total for Client ID 41520.04** | | **Billable** | **50.8** | | **17342.5** | **John A. Pastore** |
| | | | | | | 41520.04  PLAN/DISCLOSURE STATEMENT |

GRAND TOTALS

| | | | | |
|---|---|---|---|---|
| | **Billable** | **130.1** | | **39225** |

Date: 03/10/2022
**Detail Cost Transaction File List**
fee app numbers
Wadsworth Garber Warner Conrardy, P.C.
Page : 1

| | Trans Date | B C | Amount | |
|---|---|---|---|---|
| **Client ID 41520.01 John A. Pastore** | | | | |
| | 09/09/2021 | | 32.00 | Court Filing Fee |
| | 10/19/2021 | | 51.75 | Copies |
| | 10/19/2021 | | 35.88 | Postage |
| | 12/28/2021 | | 57.60 | Copies |
| | 12/28/2021 | | 42.24 | Postage |
| **Total for Client ID 41520.01** | Billable | | 219.47 | John A. Pastore |
| | | | | 41520.01 GENERAL ADMINISTRATION |

| **GRAND TOTALS** |
|---|

Billable        219.47